ord shows but one request to amend, and that the court granted.

The judgment should be affirmed, and we so advise.

We concur: Smith, C.; Gray, C.

PER CURIAM.—For the reasons given in the foregoing opinion the judgment is affirmed.

---

BRITE v. BRIGGS et al.

L. A. No. 242; April 30, 1902.

68 Pac. 973.

Frivolous Appeal—Damages.—Where No Circumstances showing peculiar hardship appear, damages for a frivolous appeal will not be awarded on a dismissal thereof.

APPEAL from Superior Court, Kern. County; J. W. Mahon, Judge.

Action by C. R. Brite against John E. Briggs and another. From a judgment for plaintiff the defendants appeal. Appeal dismissed.

T. M. McNaman for appellants; B. Brundge for respondent.

PER CURIAM.—The appeal of the defendants herein is dismissed for failure to file transcript in time. Damages for a frivolous appeal are not awarded upon a dismissal, where no circumstances of peculiar hardship appear.